# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUSTIN PETE FOX,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARY KAY HOLTHUS, DISTRICT
JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80046

**FILED**

NOV 27 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*
## *FOR WRIT OF HABEAS CORPUS OR MANDAMUS*

This emergency, original petition for a writ of habeas corpus or mandamus challenges a November 21, 2019, district court order denying petitioner's petition for a writ of habeas corpus or motion to vacate detention order. The State has timely filed an answer, as directed.

Having reviewed the parties' arguments and supporting documentation, we conclude that our extraordinary intervention is not warranted. *See Jones v. Nev. Comm'n on Jud. Discipline*, 130 Nev. 99, 104, 318 P.3d 1078, 1082 (2014) ("Whether to consider a petition for extraordinary relief . . . is within our sole discretion."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Mary Kay Holthus, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A